United States District Court
Southern District of Texas
**ENTERED**
November 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAFAEL GONZALEZ-MENDOZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02895 |
| | § | |
| GABRIEL MARTINEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

Petitioner Rafael Gonzalez-Mendoza, a native and citizen of Cuba, filed this immigration habeas petition under 28 U.S.C. § 2241 to challenge his ongoing immigration detention. Doc. No. 1. The pleadings reflect that Petitioner was apprehended shortly after entering the United States and was placed in expedited removal proceedings under 8 U.S.C. § 1225(a)(1). Doc. No. 1 at 2. He has not been admitted to the United States and, therefore, is an applicant for admission under 8 U.S.C. § 1225(b) subject to mandatory detention. The Fifth Circuit's holdings in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. Feb. 6, 2026), and *Sosnava Rodriguez v. Vergara*, --- F.4th ----, No. 26-50183, 2026 WL 3181188, at *9 (5th Cir. Oct. 23, 2026) (*en banc*), foreclose the petitioner's claims for habeas relief.

In addition, to the extent that petitioner contends that his arrest and detention are unconstitutional based on the Fourth Amendment, those claims cannot succeed in this habeas proceeding because § 1225(b) provides Respondents' lawful authority to detain

him. *See Kanda v. Cole*, No. 5:26-CV-158, 2026 WL 1014400, at *3–4 (S.D. Tex. Apr. 10, 2026) (rejecting petitioner's Fourth Amendment claims regarding arrest and detention) (citing *Ordonez v. Frink*, No. 4:25-CV-06386, 2026 WL 143153, at *1 (S.D. Tex. Jan. 20, 2026)). Moreover, his claim that his arrest contravened the Fourth Amendment and 8 U.S.C. § 1357(a)(2) does not state a claim for habeas relief because "'an illegal *arrest* has no bearing on the legality of detention *following* that arrest.'" *See Marcelino v. Tate*, No. CV H-26-4819, 2026 WL 2160560, at *1 (S.D. Tex. July 27, 2026) (quoting *Carnesolta v. Tate*, Civ. A. No. 4:26-cv-01006, 2026 WL 948727, at *4 (S.D. Tex. Apr. 8, 2026) (emphasis in original)).

Accordingly, the Court **ORDERS** as follows:

1. Respondent's motion for summary judgment (Doc. No. 7) is **GRANTED**.
2. The petition for a writ of habeas corpus (Doc. No. 1) is **DENIED.**
3. Petitioner's pending motion to expedite (Doc. No. 9) is **DENIED as MOOT**.
4. All other pending motions, if any, are **DENIED as MOOT**.
5. This case is **DISMISSED**.

The Clerk shall send a copy of this Order to the parties.

SIGNED this 2nd day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE